IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01549-PAB

CHRISTOPHER ARNOLD,

    Plaintiff,

v.

CIGNA Corporation d/b/a CIGNA Group Insurance; and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendants. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED June 15, 2011.

                              BY THE COURT:

                              s/ Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge