**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01549-REB-MJW

CHRISTOPHER ARNOLD,

      Plaintiff,

v.

CIGNA CORPORATION, d/b/a Cigna Group Insurance, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal Without Prejudice** [#9][1] filed

June 21, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should

be approved and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal Without Prejudice** [#9] filed June 21, 2011, is

**APPROVED**; and

      2.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their

own attorney fees and costs.

      Dated June 22, 2011, at Denver, Colorado.

                                **BY THE COURT:**

                                  Robert E. Blackburn
                                United States District Judge

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.