**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01549-REB-MJW

CHRISTOPHER ARNOLD,

    Plaintiff,

v.

CIGNA CORPORATION, d/b/a Cigna Group Insurance, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

**AMENDED ORDER OF DISMISSAL
AS TO DEFENDANT CIGNA CORPORATION D/B/A CIGNA GROUP INSURANCE,
ONLY**

**Blackburn, J.**

    The matter is before the court *sua sponte*. On June 22, 2011, the court entered its **Order of Dismissal** [#11][1]. The **Stipulation For Dismissal Without Prejudice** [#9] filed June 21, 2011, was between the plaintiff and defendant Cigna Corporation, d/b/a Cigna Group Insurance, and did not include defendant Life Insurance Company of North America. However, the order [#11] mistakenly dismissed the entire case. Thus, the **Order of Dismissal** [#11] must be amended.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal Without Prejudice** [#9] filed June 21, 2011, is **APPROVED**;

    2. That plaintiff's claims against defendant Cigna Corporation, d/b/a Cigna

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Group Insurance, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That defendant Cigna Corporation, d/b/a Cigna Group Insurance is **DROPPED** as a named party to this action, and the case caption is amended accordingly; and

      4.  That this amended order **SUPPLANTS** and **SUPERSEDES** the **Order of Dismissal** [#11] entered in error on June 22, 2011.

      Dated June 22, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge