# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01549- REB-MJW

CHRISTOPHER ARNOLD,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

     Defendant.

---

## PROPOSED ORDER RE: UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING CONFERENCE
( Docket no 15 )

     THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Vacate and Reset Scheduling Conference, the Court being fully advised in the premises, and finding that good cause has been demonstrated to grant the proposed relief:

     IT IS HEREBY ORDERED that the Motion is GRANTED. The Scheduling Conference set for August 29, 2011, at 11:00 a.m., is vacated and reset to September 15, 2011, at 9:30 a.m. *Proposed Scheduling order is due September 9, 2011.*

DATED this 1st day of August, 2011.

BY THE COURT

*[signature]*

Michael J. Watanabe
United States Magistrate Judge