IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01549-REB-MJW

CHRISTOPHER ARNOLD,

Plaintiff(s),

v.

CIGNA CORPORATION, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant LINA's Unopposed Motion to Vacate Settlement Conference (docket no. 23) is GRANTED finding good cause shown. The Settlement Conference set on November 17, 2011, at 1:30 p.m. is VACATED. The parties have scheduled a private mediation with Attorney Gary Blum on November 15, 2011.

Date:   October 20, 2011