**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01549-REB-MJW

CHRISTOPHER ARNOLD,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#36][1] filed January 25, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#36] filed January 25, 2012, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 25, 2012, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.